UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

KERRIE PRITCHARD,               )
                  Plaintiff,    )
                                )        **JUDGMENT**
          v.                    )
                                )        Case No. 7:16-CV-348-BO
NANCY A. BERRYHILL,             )
*Acting Commissioner of Social Security,*   )
                  Defendant.    )

**Decision by Court.**

This action came before United States District Judge Terrence W. Boyle for consideration of the parties' cross motions for judgment on the pleadings.

IT IS ORDERED, ADJUDGED AND DECREED that the administrative law judge had substantial evidence to support the opinion in this case. The plaintiff is currently 41 years old, has a past relevant experience for light work as a medical assistant, has non-disabling limitations, including her prior surgery. The description of pain in her lower extremities, her claims of fibromyalgia, and the obesity are not sufficiently disabling to disqualify her from the finding of sedentary work. The vocational expert's testimony was adequate and supported by substantial evidence that she could perform jobs in the national economy as a surveillance system monitor, ticket seller, or telephone quotation clerk. The evidence supports the finding and supports a finding of judgment on the pleadings for the commissioner. Plaintiff's motion for judgment on the pleadings is DENIED, defendant's motion for judgment on the pleadings is GRANTED, and the decision of the Commissioner is AFFIRMED.

This judgment filed and entered on January 31, 2018 with *electronic service* upon:
Vaughn Clauson, (via CM/ECF Notice of Electronic Filing)
Wanda Mason, (via CM/ECF Notice of Electronic Filing)

<br>

                                        **PETER A. MOORE, JR.,**
                                        **CLERK, U.S. DISTRICT COURT**

January 31, 2018                        /s/ *Linda Downing*
                                        (By): Linda Downing, Deputy Clerk